## FOURTH DEPARTMENT, JANUARY, 1945.

### (January 10, 1945.)

MARYLAND CASUALTY COMPANY, Respondent, v. 16 NORTH GOODMAN STREET, INC., Appellant.— Motion for reargument denied; motion for leave to appeal to the Court of Appeals denied. Present — Dowling, Harris, McCurn and Larkin, JJ. [See *ante*, p. 953.]

### (January 16, 1945.)

WILLIAM HEGIERSKI, as Administrator of the Estate of JOHN HEGIERSKI, Deceased, Respondent, v. UNITED STATES GYPSUM COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. (See *Hegierski* v. *United States Gypsum Co.*, 260 App. Div. 902.) All concur, Larkin, J., further citing *Stornelli* v. *United States Gypsum Co.* (134 F. 2d 461, certiorari denied 319 U. S. 760, rehearing denied 320 U. S. 214). (The order denies defendant's motion to dismiss plaintiff's second amended complaint.) Present — Taylor, P. J., Dowling, Harris, McCurn and Larkin, JJ. [See 269 App. Div. 728.]

THE PEOPLE OF THE STATE OF NEW YORK ex rel. SHERMAN GOODRICH, Respondent, against WALTER B. MARTIN, as Warden of Attica State Prison, Defendant. THE PEOPLE OF THE STATE OF NEW YORK, Appellant.— Order so far as appealed from affirmed, without costs of this appeal to either party on the authority of *People* v. *Gutterson* (244 N. Y. 243) and *People ex rel. Marks* v. *Brophy* (293 N. Y. 469). All concur. (The portion of the order appealed from dismisses a writ of habeas corpus, but remands relator to the custody of the Sheriff of Wayne County for the purpose of imposing proper and legal sentence.) Present — Taylor, P. J., Harris, McCurn, Larkin and Love, JJ. [183 Misc. 790.]

MARY G. MATTOON, as Administratrix of the Estate of KENNETH O. MATTOON, Deceased, Respondent, v. WILLIAM L. PLATT, Appellant, et al., Defendants.— Judgment and order reversed on the facts, with costs to the appellant, and a new trial granted. Memorandum: We regard the verdict as against the weight of the credible evidence. Circumstances which are shown by this record and which we cannot disregard would also require a reversal in the interests of justice. All concur, except Larkin, J., who dissents and votes for reversal on the law and for dismissal of the complaint upon the ground that there was no credible evidence to support the verdict. (The judgment is for plaintiff in an automobile negligence action. The order denies a motion for a new trial.) Present — Taylor, P. J., Harris, McCurn, Larkin and Love, JJ.

ALICE J. FERGUSON, as Administratrix of the Estate of MALCOLM H. FERGUSON, Deceased, Respondent, v. WILLIAM L. PLATT, Appellant, et al., Defendants.— Same decision and like cause of action as in companion case of *Mattoon* v. *Platt* (*ante*, p. 1077). Present — Taylor, P. J., Harris, McCurn, Larkin and Love, JJ.

MILDRED L. CHAPMAN, as Administratrix of the Estate of WARDEN H. CHAPMAN, Deceased, Respondent, v. WILLIAM L. PLATT, Appellant, et al., Defendants.— Same decision and like cause of action as in companion case of *Mattoon* v. *Platt* (*ante*, p. 1077). Present — Taylor, P. J., Harris, McCurn, Larkin and Love, JJ.

DOROTHY M. MAUTH, as Administrator of the Estate of JOHN J. MAUTH, Deceased, Respondent, v. WILLIAM L. PLATT, Appellant, et al., Defendants.— Same decision and like cause of action as in companion case of *Mattoon* v. *Platt* (*ante*, p. 1077). Present — Taylor, P. J., Harris, McCurn, Larkin and Love, JJ.